Abel Acosta Clerk
Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin, Texas
78711

Dear Mr. Acosta,

My Name is Mr. Ike A. Broduex
this is in regards to
C.O.A No. 11-12-00076 CR PD-1087-14 and I was
wondering if my case Named above is set for
to be seen by the courts or if there is a
date for ~~docket~~ docket

Thank you

Mr. Ike A. Broduex
01771584 A-120 B
1313 County Road 19
Lamesa, Texas
79331

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 26 2015
Abel Acosta. Clerk